NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSITUFORM TECHNOLOGIES, INC.
AND INA ACQUISITION CORP.,**
*Plaintiffs-Appellees,*

**v.**

**AMERIK SUPPLIES, INC. (formerly known as BJR
Trading U.S.A., Inc.)
AND ERIK NIELSEN,**
*Defendants/Third Party Plaintiffs- Appellees,*

**v.**

**COSMIC-SONDERMASCHINENBAU GMBH,**
*Third Party Defendant-Appellant.*

---

2012-1655, -1656

---

Appeals from the United States District Court for the Northern District of Illinois in No. 08-CV-0333, Judge Timothy C. Batten, Sr.

---

**JUDGMENT**

---

DEAN L. FRANKLIN, Thompson Coburn LLP, of St. Louis, Missouri, argued for plaintiffs-appellees. With him

on the brief were ALAN H. NORMAN, MICHAEL L. NEPPLE and MATTHEW A. BRAUNEL.

DANIEL A. KENT, Kent Law, P.C., of Alpharetta, Georgia, argued for third party defendant-appellant.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 23, 2013          /s/  Daniel E. O'Toole
        Date                       Daniel E. O'Toole
                                   Clerk